Case 1:24-mj-00281-MAU   Document 1-1   Filed

Case: 1:24-mj-00281
Assigned to: Judge Upadhyaya, Moxila A.
Assign Date: 9/4/2024
Description: COMPLAINT W/ ARREST WARRANT

## STATEMENT OF FACTS

Your affiliant, ███████████, is a Special Agent assigned to St. Louis Division of the Federal Bureau of Investigation. In my duties as a special agent, I have investigated numerous criminal violations falling within the FBI's jurisdiction. Currently, I am tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detection, investigation, or prosecution of a violation of Federal criminal laws.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of

violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

### *Facts Specific to this Application*

On or about January 8, 2021, Witness 1 submitted an online tip to the FBI regarding SUZAN MCCLAIN of Marceline, Missouri. Witness 1 has known MCCLAIN since childhood. Witness 1 reported that MCCLAIN posted photos and videos to Facebook from the Capitol on January 6, 2021.

Facebook records corroborate that MCCLAIN livestreamed from inside the U.S. Capitol building on January 6, 2021. Records obtained from Facebook indicate that at approximately 2:31 p.m., a commenter asked, "How are y'all in the House??" MCCLAIN responded approximately 10 minutes later, "It's our house, bitches!!!" Later in the evening, MCCLAIN commented, "I posted lives today inside the capital."

A review of open source materials and records obtained from Facebook indicates MCCLAIN made plans to travel to Washington, D.C. and share a hotel room in Arlington, Virginia with Traci Sunstrum and Tricia LaCount. Sunstrum (21-cr-00652 (CRC)) was arrested on May 19, 2021, for violations of Title 18, United States Code (U.S.C), Section 1752(a)(1) and (2) (Unlawful Entry on Restricted Buildings or Grounds), and Title 40, U.S.C. Section 5104(e)(2)(D) and (G) (Violent Entry and Disorderly Conduct on Capitol Grounds). LaCount (23-cr-00386 (RBW)) was arrested on April 19, 2023, for violations of Title 18, United States Code (U.S.C), Section 1752(a)(1) and (2) (Unlawful Entry on Restricted Buildings or Grounds), and Title 40, U.S.C. Section 5104(e)(2)(D) and (G) (Violent Entry and Disorderly Conduct on Capitol Grounds).

Facebook records show MCCLAIN sent messages and comments regarding her activities in the days following January 6, 2021. On January 7, 2021, she wrote, "I was in Nancy's office!" On January 12, 2021, MCCLAIN sent the following message to Sunstrum: "I'm waiting to be arrested. Just hope this all goes down first & we're pardoned." They discussed the potential for criminal charges and MCCLAIN noted that in contrast to herself, Sunstrum "didn't do a live from Pelosi's office[.]"

Law enforcement officers reviewed the photos and videos from MCCLAIN's Facebook account described by Witness 1, surveillance video from cameras mounted within the U.S. Capitol building, and other videos taken from inside the U.S. Capitol building and observed MCCLAIN, often accompanied by LaCount.

MCCLAIN can be seen wearing what appears to be a green military style jacket and jeans. She is seen draped in a Trump flag while walking through the Capitol. MCCLAIN is often observed walking with LaCount, a woman with red hair also draped in a Trump flag. Image 1 below shows MCCLAIN circled in red and LaCount circled in yellow.



*Image 1*

Video depicts MCCLAIN enter the Capitol through the Senate Wing Door at approximately 2:16 p.m., as shown below in Image 2. This entry was approximately three minutes after the initial breach of that door.



*Image 2*

MCCLAIN then traveled to the Crypt. At approximately 2:34 p.m., MCCLAIN traveled with LaCount and went inside the office for the Speaker of the House Nancy Pelosi, as shown in Image 3 below. MCCLAIN is circled in red, and LaCount is circled in yellow in the image.



*Image 3*

MCCLAIN traveled to other areas inside the Capitol, including the Rotunda (Image 4) and Statuary Hall (Image 5).



*Image 4*



*Image 5*

Video also shows she traveled to a corridor outside the House Chamber. Image 6 below shows MCCLAIN in the hallway after tear gas was deployed.



*Image 6*

MCCLAIN then made her way back through Statuary Hall and the Rotunda.

At approximately 3:20 p.m., approximately an hour after she entered, MCCLAIN exited the Capitol through the Memorial Doors, as shown below in Image 7.



*Image 7*

Witness 2, a local law enforcement official familiar with MCCLAIN from Linn County, Missouri court proceedings, was shown Images 8 and 9 on or about August 3, 2023. Images 8 and 9 were obtained from videos taken from inside the U.S. Capitol and posted publicly.




*Image 8*                                                    *Image 9*

Witness 2 identified the individual in Images 8 and 9 as MCCLAIN. Witness 2 noted that MCCLAIN's face is similar although her hair appears lighter than in the images.

Based on the foregoing, your affiant submits that there is probable cause to believe that MCCLAIN violated 18 U.S.C. §§ 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do so; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; or attempts or conspires to do so. For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Your affiant submits there is also probable cause to believe that MCCLAIN violated 40 U.S.C. §§ 5104(e)(2)(D) and (G), which makes it a crime to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (G) parade, demonstrate, or picket in any of the Capitol Buildings.



Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 4th day of September 2024.

HON. MOXILA A. UPADHYAYA
U.S. MAGISTRATE JUDGE