**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES** ) | |
| ) | |
| v.  ) | Case No. 1:24-mj-281 |
| ) | |
| **MCCLAIN** ) | |
| ) | |
| _____ ) | |

**MOTION TO AMEND CONDITIONS OF RELEASE**

Defendant SuZan McClain, by and through counsel, hereby requests that the Court modify her conditions of release to allow her to travel without notice to the Mason Eye Clinic of the University of Missouri Hospital and to have contact with Tricia LaCount and Traci Sunstrum.

On December 5, 2024, Ms. McClain was brought before a magistrate judge in the Eastern District of Missouri and an Order Setting her Conditions of Release was issued. The conditions restrict her from leaving the Eastern District of Missouri without first providing seven days notice to her probation officer. This is a problem for Ms. McClain because she is undergoing ongoing treatment on her retinas at the Mason Eye Clinic of the University of Missouri Hospital which is less than two hours from her home, but outside of the Eastern District. There is a very real possibility that she may experience an emergency that will require her to be driven to the hospital without seven days - or any - prior notice. There is no alternative facility within the district that is within a two hour drive for her to seek treatment, and even if there were, she has already had surgery at the Mason Clinic and the doctors and staff are familiar with her case.

Accordingly, Ms. McClain respectfully requests that her conditions of release be modified so that she is permitted to travel outside of the Eastern District to the Mason Clinic without providing notice to her probation officer.

Further, her conditions of release state that she is not permitted to have any contact with anyone who may be a witness or victim in the investigation or prosecution including her "codefendants." But Ms. McClain has no co-defendants. Ms. McClain's two closest friends Tricia LaCount and Traci Sunstrum were also January 6 defendants who have already been sentenced. Ms. McClain respectfully requests that the conditions of release be modified to allow her to speak with her friends, but only about matters unrelated to the prosecution or investigation.

| | |
|---|---|
| Dated: December 9, 2024 | Respectfully submitted |
| | /s/ Jonathan Gross |
| | Jonathan Gross |
| | Bar ID MD0162 |
| | 2833 Smith Ave, Suite 331 |
| | Baltimore, MD 21209 |
| | (443) 813-0141 |
| | jonathansgross@gmail.com |
| | Counsel for SuZan McClain |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing is being served on opposing counsel via email on December 9, 2024.

/s/ Jonathan Gross